## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No.  16-cv-81055-BLOOM/Valle

JAMES MEARS,

  Plaintiff,

v.

CUBESMART, L.P.,

  Defendant.

_____/

### <u>ORDER ADMINISTRATIVELY CLOSING CASE</u>

**THIS CAUSE** is before the Court upon Plaintiff's Notice of Settlement, ECF No. [17], reporting the case as having settled. The Court having carefully reviewed the file, and being otherwise fully advised, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The above-styled action is administratively **CLOSED** without prejudice to the parties to file a Stipulation for Final Order of Dismissal within **thirty (30) days** of the date of this Order.

2. The Clerk shall **CLOSE** this case for administrative purposes only.  Any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Miami, Florida, this 27th day of July, 2016.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

cc: Counsel of Record